# United States Court of Appeals
## For the First Circuit

No. 25-1095

GREGORY ALVIN JAMES VAN ETTEN,

Plaintiff - Appellant,

v.

STEPHANIE K. FATTMAN; ASHLEY STEWART; MEGAN BROWN; ANGELINA CONSOLMAGNO; MICHELE CRISTELLO; JENNIFER MELIA; DANIEL M. WRENN; SERGE GEORGES, JR.; MICHAEL S. DENHAM; WORCESTER PROBATE AND FAMILY COURT; CHILD SUPPORT SERVICES DIVISION,

Defendants - Appellees.

Before

Gelpí, Montecalvo, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: July 31, 2025

Plaintiff-appellant has appealed the denial by the district court of his requests for injunctive relief. We have carefully reviewed the parties' filings in this court and the relevant portions of the district court record. The district court's denial of relief is affirmed. To the extent not mooted by the foregoing, all pending motions and requests are denied. See 1st Cir. L. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gregory J. Van Etten
Nigel Stevens