# United States Court of Appeals
## For the First Circuit

No. 25-1095

GREGORY ALVIN JAMES VAN ETTEN,

Plaintiff - Appellant,

v.

STEPHANIE K. FATTMAN; ASHLEY STEWART; MEGAN BROWN; ANGELINA
CONSOLMAGNO; MICHELE CRISTELLO; JENNIFER MELIA; DANIEL M. WRENN;
SERGE GEORGES, JR.; MICHAEL S. DENHAM; WORCESTER PROBATE AND FAMILY
COURT; CHILD SUPPORT SERVICES DIVISION,

Defendants - Appellees.

**MANDATE**

Entered: August 22, 2025

In accordance with the judgment of July 31, 2025, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nigel Stevens
Gregory J. Van Etten